IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01207-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ALBERT B. HILL,

    Applicant,

v.

MICHAEL MILLER, Warden, and
ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCY**

---

    Applicant, an inmate at the Crowley County Correctional Facility in Olney Springs, Colorado, has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. 2254 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the documents are deficient as described in this order.  Applicant will be directed to cure the following if he wishes to pursue his claims.  Any papers that Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   xx   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information

(6) ___   is missing authorization to calculate and disburse filing fee payments
(7) ___   is missing an original signature by the prisoner
(8) ___   is not on proper form (must use the court's current form)
(9) ___   names in caption do not match names in caption of complaint, petition or habeas application
(10) xx   other: <u>motion and supporting documents are necessary only if $5.00 filing fee is not paid in advance</u>.

**Complaint, Petition or Application**:
(11) ___   is not submitted
(12) ___   is not on proper form
(13) ___   is missing an original signature by the prisoner
(14) ___   is missing page nos. ___
(15) ___   uses et al. instead of listing all parties in caption
(16) ___   names in caption do not match names in text
(17) ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___   other: _____.

Accordingly, it is

ORDERED that Applicant cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED May 9, 2013, at Denver, Colorado.

                                                            BY THE COURT:

                                                            s/ Boyd N. Boland
                                                            United States Magistrate Judge