IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01207-BNB

ALBERT B. HILL,

    Applicant,

v.

MICHAEL MILLER, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant has filed a Request for Clarification of Order Directing Applicant to File Amended Application (Doc. # 8).  The request is GRANTED.  Applicant is advised that the reproduced form he used to file his original Application is acceptable to the Court.  It is

    FURTHER ORDERED that Applicant shall file an amended Application **within thirty (30) days of the date of this Minute Order**.

Dated:  June 10, 2013